IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES CARL THOMPSON JR., | § | |
| #01526314 | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL NO. 3:20-CV-648-K-BK |
| | § | |
| TEXAS PAROLE AND PARDONS, | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case.  No objections were filed.  The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error.  Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

IT IS THEREFORE ORDERED that Plaintiff's street-time and April 5, 2020 release-date claims should be **DISMISSED WITHOUT PREJUDICE** as they are not cognizable under Section 1983 and his remaining claims are **DISMISSED WITH PREJUDICE** as frivolous until such time as Plaintiff satisfies the conditions set forth in *Heck v. Humphrey*, 512 U.S. 477 (1994).  *See* 28 U.S.C. § 1915(e)(2)(B) and 28 U.S.C. § 1915A(b).

This dismissal will count as a "strike" or "prior occasion" within the meaning of 28 U.S.C. § 1915(g).

SO ORDERED.

Signed December 11, 2020.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE